DOA: N/A

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 24-4125 MJ CDB |
| ) | |
| Derick Myron ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 29, 2024, in the District of Arizona, the defendant, Derick Myron, violated Title 18, United States Code, Sections 1153 and 1111 (CIR-Second Degree Murder), Title 18, United States Code, Sections 1153 and 113(a)(3) (CIR-Assault with a Dangerous Weapon), and Title 18 United States Code, Section 924(c) (Use of a Firearm During a Crime of Violence), offenses which are described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Special Agent with the Federal Bureau of Investigation

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY:  AUSA Genevieve A. Ozark
☒ Continued on the attached sheet. *GAO*

*Complainant's signature*

Pablo Morales
Federal Bureau of Investigation, Special Agent
*Printed name and title*

Sworn to telephonically.

Date: May 1, 2024

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2024.05.01 07:59:20 -07'00'

*Judge's signature*

City and state: Flagstaff, Arizona

Hon. Camille D. Bibles
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about April 29, 2024, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, Derick Myron, an Indian, did with malice aforethought, unlawfully kill C.G., in violation of Title 18, United States Code, Sections 1153 and 1111.

### Count 2

On or about April 29, 2024, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, Derick Myron, an Indian, did intentionally and knowingly assault the victim, N.H., with a dangerous weapon, that is a gun, with the intent to do bodily harm, in violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

### Count 3

On or about April 29, 2024, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, Derick Myron, an Indian, did intentionally and knowingly assault the victim, M.Z., with a dangerous weapon, that is a gun, with the intent to do bodily harm, in violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

### Count 4

On or about April 29, 2024, in the District of Arizona, the defendant, Derick Myron, did knowingly use, carry, brandish and discharge a firearm during and in

relation to a crime of violence and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is CIR-Second Degree Murder as alleged in Count 1, a felony crime prosecutable in a Court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### Count 5

On or about April 29, 2024, in the District of Arizona, the defendant, Derick Myron, did knowingly use, carry, brandish and discharge a firearm during and in relation to a crime of violence and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is CIR-Assault with a Dangerous Weapon as alleged in Count 2, a felony crime prosecutable in a Court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### Count 6

On or about April 29, 2024, in the District of Arizona, the defendant, Derick Myron, did knowingly use, carry, brandish and discharge a firearm during and in relation to a crime of violence and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is CIR-Assault with a Dangerous Weapon as alleged in Count 3, a felony crime prosecutable in a Court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## STATEMENT OF PROBABLE CAUSE

I, Pablo Morales, being duly sworn, depose and state the following:

## BACKGROUND AND EXPERIENCE OF AFFIANT

1. I have been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since August 2023. As a Special Agent of the FBI, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code (U.S.C.), Section 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. I have received training on and have experience in investigating all manner of violent crimes on an Indian reservation. I am currently assigned to the Flagstaff Resident Agency. In the course of my official duties, I am charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation ("Navajo Nation") and Hopi Indian Reservation within the District of Arizona. Based on my training, education, and experience, I know that the Navajo Nation and Hopi are federally recognized tribes.

2. The facts in this affidavit are based upon my own investigation, my training and experience, the investigation of other federal agents and law enforcement officers, either directly or indirectly through their reports or affidavits. Because this affidavit is being submitted for purpose of establishing probable cause for a search warrant, it does not contain every fact known to law enforcement concerning this investigation.

## Introduction

3. This matter involves the death investigation of C.G., and the shootings of M.Z. and N.H. by Derick Myron ("Myron") that occurred on or about April 29, 2024, in Cameron, Arizona, on the Navajo Nation Reservation.

4. Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause to believe that a violation of 18 U.S.C. §§1153 and 1111 (CIR– Murder), and 18 U.S.C. § 924(c) (Use of a Firearm During a Crime of Violence) was committed against C.G., and that a violation of 18 U.S.C. §§ 1153 and113(a)(3) (CIR-Assault with a Dangerous Weapon), and 18 U.S.C. § 924(c) (Use of a Firearm During a Crime of Violence) was committed against N.H. and M.Z.

## Investigation/Probable Cause

5. On or about April 29, 2024, at approximately 7:55 a.m., the FBI Flagstaff Resident Agency (RA) received notification from the Coconino County Sherriff's Department regarding an active shooter with three persons possibly deceased. The subject had fled to an unknown location. The Coconino County Deputy Chief stated his department was heading to the scene to assist Navajo Nation Police.

6. Navajo Nation Police Officers Slim and Robbins responded to the scene, a mobile home with multiple outlying buildings, located at 35.866380 N, -111.416194 W in Cameron, Arizona within the exterior boundaries of Navajo Nation. Officer Robbins located a Hispanic male, later identified as C.G., deceased near a mobile home on the property.

7.      The FBI Flagstaff Resident Agency (RA) was notified by Flagstaff Medical Security Supervisor Casey Rucker, that Kara Yazzie, an employee at the hospital, had information to report regarding a shooting that had just occurred in Cameron, Arizona.

8.      On April 29, 2024, FBI Special Agent (SA) Jenifer Mulhollen interviewed Kara Yazzie (hereinafter "Kara") at Flagstaff Medical Center. Kara appeared distraught and stated she works at the hospital and returns home to Cameron, Arizona on the weekends. On April 28, 2024, Kara was at her residence in Cameron, Arizona when her mother told her, "There was drama with [Myron] and [N.H.] again." Kara explained that N.H. is her sister. Myron and N.H. were in a relationship for 12 years and share two minor children. N.H. has been dating M.Z. for approximately one year. According to Kara, Myron has a history of showing up to N.H.'s residence unannounced and surveils N.H. and her house, which typically leads to altercations between Myron and N.H. Usually, C.G., a family member who lives nearby, goes over to help "break it up." Last night, April 29, 2024, was the first night M.Z. stayed at N.H.'s residence (35.866380 N, -111.416194 W) in Cameron, Arizona.

9.      During her interview, Kara further stated that she departed her residence in Cameron on April 29, 2024, and headed to the Flagstaff Medical Center for work. At approximately 7:40 a.m., Kara received a call from her sister, Lave Lake, who resides in Montrose, Colorado. Lave told Kara that Lave was on the phone with Tamara. C.G. Lave and Tamara were talking about an upcoming graduation. Tamara told Lave that Myron "pulled up to N.H.'s house" and C.G. was going over to "help." Tamara told Lave that N.H., M.Z., and C.G. were shot and "[C.G.] did not make it." C.G. is Tamara's husband.

3

10. Kara also informed SA Mulhollen that Myron resides in Moenkopi, Arizona on the Hopi Indian Reservation and is known to drive two vehicles: a grey Ford Flex, and an older model white F-150 that has significant damage to the driver's side. Kara received information from a family member that after the shooting, Myron left in M.Z.'s black F-350 dually pickup truck (Arizona Navajo Nation plate #SLA2BK).

11. FBI Agents responded to the scene, GPS coordinates 35.866380 N, -111.416194 W, and observed a brown mobile home with blood on the deck near the entry to the door and bullet cartridge casings. Law enforcement observed several buildings in close proximity to each other, including a white mobile home. A deceased male, identified as C.G., was found nearby. Law enforcement also observed a white Chevrolet Silverado pickup truck with a bullet hole in the passenger window and a Ford Flex that was parked approximately 50 yards away at another residence.

12. Due to exigent circumstances, members of the Coconino SWAT Team entered the brown mobile home residence at located 35.866380 N, -111.416194 W. They did not locate Myron.

13. N.H. and M.Z. were airlifted to Flagstaff Medical Center for treatment.

14. On April 29, 2024, SA Mulhollen conducted a registration check on the Ford Flex and the registered owner came back to a Derick Myron. That same day, SA Mulhollen applied for and received search warrants in Nos. 24-4120MB (Ford Flex) and 24-4118MB (Family Compound) as well as a phone tracking order in No. 24-4122MB and a Pen Register Trap and Trace in No. 24-4121MB.

15. On April 29, 2024, SA Kara Kesler interviewed T.Y. who was on scene, (35.866380 N, -111.416194 W) and lived nearby. T.Y. is a relative to Myron's minor children. Myron had been sending text messages to the children. Both children verified the phone number for Myron is (602) 784-8877, the same phone number from which they have received the recent text messages. At 4:20 p.m. Myron responded to one of his children stating, "I'm ok." At 4:21 p.m., Myron stated, "I'll call you a bit later." At 4:21 p.m. Myron wrote to his other child, "I love you Mr. Doo's."

16. On April 29, 2024, FBI SA Justin Swartz requested exigent location and subscriber information for 602-784-8877 from the service provider, T-Mobile. T-Mobile provided a subscriber record that listed the subscriber's name as "DERICK MYRON," with a subscriber address of "POB 101, TUBA CITY, AZ 86045 USA."

17. In Furtherance of the investigation, C.G. was transported to the Coconino County Medical Examiner's Office, and is scheduled to undergo an autopsy on Wednesday, May 1, 2024.

18. On April 29, 2024, SA Catherine Scott spoke with M.Z. at the Flagstaff Medical Center. M.Z has been dating N.H. on and off for about two years. M.Z. stayed the night at N.H.'s residence the night before the incident occurred. The incident occurred at approximately 8:20 a.m. on Monday morning. N.H.'s 8-year-old son was sick and was with his father, Myron. Myron drove their son to N.H.'s residence to drop him off, and N.H. went outside to meet with Myron. Myron told N.H. that he wanted to speak to M.Z, so N.H. went back inside and got M.Z. and told him. M.Z. put clothes on and walked towards Myron's vehicle, which M.Z. described as a boxy, champagne-colored car. Myron

got out of the driver's seat and approached M.Z. Myron was about six feet away when M.Z. heard a popping sound. M.Z. then realized he had just been shot. M.Z. did not see the gun when Myron got out of the vehicle. M.Z. pushed Myron to distance himself and ran back towards the residence with his arm dangling. N.H. ran outside towards Myron who continued to shoot the gun in the air and ground, then ran through the residence and out the back door. M.Z. ran to a neighbor's residence and hid behind a vehicle. M.Z. thought he heard a total of 8-10 shots.

19. On April 29, 2024, SA Scott also spoke with N.H. N.H. has been separated from Myron for about two years. Myron has a history of coming over to N.H.'s residence and arguing with her, leading N.H. to call law enforcement multiple times on Myron. N.H. started dating M.Z. at the end of 2022 and knew that Myron was jealous of M.Z. M.Z. stayed the night at N.H.'s residence the night before the incident occurred and N.H. believes that is why Myron shot M.Z. Myron found out about M.Z. staying the night and told N.H., "I told you to not let that piece of shit around my kids." Myron came to drop of their son on Monday morning. N.H. met Myron outside and Myron saw M.Z.'s truck at her house. Myron told N.H. that he wanted to speak with M.Z. N.H.'s sister, Kayla came over and took N.H.'s son to avoid him observing any confrontation.

20. N.H. went into the residence to get M.Z. As N.H. was in the doorway of her residence, she heard popping sounds. N.H. saw M.Z. run into the residence and it appeared Myron was trying to get inside as well. N.H. kept hearing Myron say, "I told him I don't want him around my kids." N.H. observed Kayla come out of the residence and saw Myron shoot near Kayla's legs. Myron threw Kayla of the porch of the residence and onto the

ground. N.H. grabbed a gun that belonged to M.Z. and went outside towards Myron, telling him to stop. Myron pushed N.H. up against an outside freezer. N.H. did not want Derick to get the gun so she threw it behind the freezer. Myron then shot N.H. in the leg. N.H. thought she was shot twice. N.H. fell from the porch and made her way to the ground. Myron ran into the residence and yelled at M.Z. to leave the residence. N.H. observed C.G. arrive and ask what was going on. Myron came out of the residence towards C.G. and began to shoot at him. C.G. tried to run around vehicles to get away from Myron. N.H. did not see C.G. fall. Myron walked back towards N.H. and checked her pulse to see if she was still alive. Myron asked N.H. where the keys to M.Z.'s truck were. Myron told N.H that he was going to take M.Z.'s truck and burn it. Myron went into the residence and retrieved M.Z.'s truck keys. N.H. observed Myron get into a black truck and run over C.G. N.H. thought Myron grabbed the gun from the back of the freezer and may have used it to shoot C.G.

21. On April 29, 2024, SA Brandon Fitzpatrick spoke with Kayla Yazzie, N.H.'s sister. Kayla stated that she knew that N.H. and Myron have had various verbal domestic abuse encounters throughout their relationship. These include Myron threatening N.H. and burning her clothes. Kalya knew that Myron did not like N.H.'s new boyfriend M.Z. The morning of April 29, 2024, Myron came to drop off his son at N.H.'s residence. Kayla knew that most of the interactions between Myron and N.H. end up in arguments, so Kayla went to N.H.'s residence to keep their son away from any possible confrontation. Kayla took the son to her aunt's house which was next door. Kayla heard N.H. yelling for help and asking for her so she ran over and could see N.H. and Myron pushing each other on

the porch while N.H. was blocking the front entrance. When Kayla got to the porch, Myron pulled his gun and pointed it at her and told her to "back the fuck off." Kayla tried to de-escalate the situation telling Myron not to do it and to put the gun down, and Myron would not do it. Myron would not listen to Kayla, and he fired one gunshot between her legs. Kayla then grabbed Myron's hand to try and keep the gun away from her legs because that is where he was trying to shoot. As Kayla is trying to talk to Myron, he shot another round off, and a third one, each of them between Kayla's legs. On the fourth shot Myron fired, he shot N.H. in the left leg. Kayla then jumped on Myron's back and was trying to get him off N.H., whom he had pushed down to the ground. Myron turned around and pushed Kayla off him and off the porch onto the ground. Myron then got into the house where M.Z. was, but Kayla did not know if gunshots went off or not because everything was a blur.

22. Kayla grabbed N.H. and observed her bleeding in the leg, so she took of her jacket and wrapped it around her leg as a tourniquet and pulled her off the porch. Kayla then observed C.G. arrive so she asked him for help to get N.H. into the vehicle to get her to the hospital. As C.G. got out of the vehicle unarmed, Myron came out of the house and immediately shot C.G. three times. Kayla fell to the ground with N.H. because her back was hurting, and she couldn't support her anymore. Kayla saw C.G. on the ground unresponsive while she was holding N.H., to control her bleed. Myron walked back inside. Kayla quickly rolled N.H. underneath the porch and told her she would be right back after she got help. Myron's car was still running with the driver door open, so Kayla jumped in the car and went next door to grab her daughter and N.H.'s son. Kayla then drove one more house down and picked up Tamara Garcia, C.G.'s wife. They got in the car and drove South

on U.S. Highway 89 as Kayla was calling 9-1-1. Kayla turned the car around and came back towards her residence.

23. When Kayla passed her residence, she observed Myron running around and opening the door to M.Z.'s black Dually truck, while N.H. was still hiding under the porch. Kayla drove to Cameron, Arizona and stayed there for a little bit, then turned around and came back to her residence so she could help Navajo Nation Police Department find the residence. When Kayla got back to the residence, she observed two police officers there, but M.Z.'s black Dually truck was gone. N.H. was then taken in an ambulance, and M.Z. was found somewhere else and airlifted to the hospital. Kayla did not see where Myron went as she was driving back to her residence.

24. Kayla observed Myron's gun to be a black 9mm handgun, possibly a Glock or Smith and Wesson. She believed the magazine could hold six rounds. N.H. also had a gun in her hand that was a silver and black 9mm, that may have been a Smith and Wesson. After Myron shot N.H., he had both handguns and went inside the residence. N.H. did not shoot her gun because Myron was able to get it out of her hand. Kayla does not know if Myron ever shot N.H.'s gun when he got ahold of it but believes he may have shot it inside the residence. Myron knew M.Z. was inside the residence because he knows M.Z. drives the black Dually truck and the white Silverado truck that were parked outside the residence. When Kayla was holding N.H., Myron shot to the left to scare Kayla, and as Kayla was trying to talk to him, Myron shot three rounds in between her legs, and the fourth shot was in N.H.'s leg. Kayla told Myron, "Please stop, you don't want to do this," and he turned and shot N.H. in the leg.

25. On April 29, 2024, SF Fitzpatrick spoke with Tamara Garcia, who stated that she and C.G. were outside their residence when they heard gunshots. Tamara grabbed her iPad and started recording the incident. She heard more gunshots and observed Kayla and N.H. struggling to keep Myron from going inside of N.H.'s residence. Tamara heard another gunshot and heard N.H. scream for help. C.G. told Tamara that he had to go over there to help, and he drove to N.H.'s trailer. When he arrived, Tamara observed C.G. get out of his vehicle and Myron stepped out of the residence and shot C.G. from the deck of the residence. Tamara saw C.G. fall to the ground. Myron went into N.H.'s residence, and Kayla got into Myron's vehicle and drove to where Tamara was. Tamara got into the vehicle with Kayla. Kayla told Tamara that Myron shot N.H., M.Z., and C.G. They began driving towards Grey Mountain to find law enforcement. They turned around and came back to the residence and Tamara observed Myron run towards a black truck.

26. On April 29, 2024, search warrant No. 24-4118MB was served on the "Family Compound." Pursuant to the service of the search warrant, the following items were located:

    a. C.G.'s body in front of the residence;

    b. A black hoodie with red substance on it;

    c. Twelve, spent, 9mm cartridge casings;

    d. One live 9mm round;

    e. Holes in the passenger-side and driver's-side windows of White Chevrolet Silverado (AZ tag BB1240);

f. Swabs of red substances located near a drag mark found on the edge of deck, near the door to the residence, on the freezer outside of the residence, and on the doorknob in kitchen, floor of the living room, and floor of the primary bedroom;

g. A black holster, which had a magazine loaded with 10 live ammunition cartridges, 9mm caliber.

27. On April 29, 2024, Search warrant No. 24-4120MB was served on the "Ford Flex." Pursuant to the service of the search warrant, the following items were located:

a. An Apple iPhone in a black "Speck" brand case;

b. One box of Winchester brand SuperX live ammunition, 30-06 caliber, with 20 cartridges inside;

c. A black "Glock" brand gun box;

d. One box of PMC brand Luger live ammunition, 9 mm caliber, with 7 cartridges inside; and

e. A long knife with a black handle in black case

## Conclusion

28. The events described above occurred in the District of Arizona, within the boundaries of Navajo Nation Indian Reservation, Indian Country. During the investigation, I obtained information that Derick Myron is an enrolled member of the Hopi Nation, with enrollment number 1605-1998. Based upon the aforementioned information, I respectfully submit there is probable cause to believe that Derick Myron violated 18 U.S.C. §§ 1153 and 1111 (CIR-Second Degree Murder), 18 U.S.C. §§ 1153 and 113(a)(3) (CIR-Assault

with a Dangerous Weapon), and 18 U.S.C. § 924(c) (Use of a Firearm During a Crime of Violence).

29. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

_May 1st_, 2024
Date

_____
Special Agent Pablo Morales
Federal Bureau of Investigation

**Telephonically Sworn** on the 1st day of May, 2024.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2024.05.01 07:58:31 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge

12